# UNITED STATES DISTRICT COURT
## for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA FILED APR 2 9 2008 JOHN F. CORCORAN, CLERK BY: DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Calvin Bernard Green | ) Case No: 7:99CR00032-001 |
| | ) USM No: 08132-084 |
| Date of Previous Judgment: December 15, 1999 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The defendant's guideline sentence range was originally calculated under the Career Offender guideline, U.S.S.G. § 4B1.1, rather than under the guidelines for crack cocaine offenses. Accordingly, the 2007 amendments to the crack cocaine guidelines do not reduce the defendant's guideline range, and he is not eligible for a sentence reduction under 18 U.S.C.A. § 3582(c).

Except as provided above, all provisions of the judgment dated  12/15/1999  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 29, 2008

Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title