➤AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAY 19 2009

JOHN F. CORCORAN, CLERK
BY: /s/ L. Bright, DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Calvin Bernard Green<br>Date of Previous Judgment: December 15, 1999<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No: 7:99CR00032-001<br>) USM No: 08132-084<br>)<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant's motion for reduction is denied for the reasons stated in the accompanying memorandum opinion.

Except as provided above, all provisions of the judgment dated __12/15/1999__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 19, 2009

*/s/ James C. Turk*
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title