CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

AUG 3 1 2009

BY: JOHN F. CORCORAN, CLERK
    /s/ , DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:99-cr-00032-1 |
| | ) | |
| v. | ) | **2255 ORDER** |
| | ) | |
| CALVIN BERNARD GREEN, | ) | By: Hon. James C. Turk |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**, his motion to proceed in forma pauperis is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This ___31st___ day of August, 2009.

/s/ James C. Turk
Senior United States District Judge