CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 16 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 7:99-cr-00032-1 |
| v. | **§ 2255 DISMISSAL ORDER** |
| **CALVIN BERNARD GREEN,**<br>Petitioner. | By: Hon. James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's construed motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice** as successive; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the United States.

ENTER: This 15th day of June, 2011.

_____
Senior United States District Judge