CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
для
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Calvin Bernard Green<br><br>Date of Previous Judgment: December 15, 1999<br>*(Use Date of Last Amended Judgment if Applicable)* | Case No.: 7:99CR00032-01<br>USM No: 08132-084<br>Christine Lee<br>Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    [✓] **DENIED.**    [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: ____ to ____ months | Amended Guideline Range: ____ to ____ months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other *(explain)*:

### III. ADDITIONAL COMMENTS

See attached memorandum opinion.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 18, 2016

Effective Date: _____
*(if different from order date)*

/s/ Glen E. Conrad
*Judge's signature*
Hon. Glen E. Conrad, Chief U.S. District Judge
*Printed name and title*